```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

THE HANOVER INSURANCE COMPANY,   \*

    Plaintiff,   \*

vs.   \*

HOLLEY CONSTRUCTION COMPANY &   \*
ASSOCIATES, INC.; DH AND SS        CASE NO. 4:11-CV-41 (CDL)
INVESTMENTS, LLC; STEVEN B.   \*
SHACKELFORD; and SUSAN S.
SHACKLEFORD,   \*

    Defendants.   \*

## O R D E R

The Clerk entered a default against Defendants Steven B. Shackelford and Susan S. Shackelford on October 16, 2014. Entry of Default, ECF No. 62. Presently pending before the Court is Plaintiff's Motion for Default Judgment against the Shackelfords. Having reviewed the motion and supporting affidavit, the Court finds that the motion (ECF No. 64) should be granted. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Steven B. Shackelford and Susan S. Shackelford, jointly and severally, in the amount of $7,123,284.94. These Defendants are jointly and severally liable for this amount along with the other Defendants against whom judgment has previously been entered.

IT IS SO ORDERED, this 14th day of November, 2014.

                                      s/Clay D. Land
                                      CLAY D. LAND
                                      CHIEF U.S. DISTRICT COURT JUDGE
                                      MIDDLE DISTRICT OF GEORGIA